Howard **RUDOLPH** and Linda Magoon **Rudolph**, Plaintiffs–Appellants,

v.

Dr. Sandra **ROBINSON**, Ben Meyers, et al., Defendants–Appellees.

No. 88–3384.

United States Court of Appeals, Fifth Circuit.

March 1, 1989.

Johnnie A. Jones, Jr., Jones & Jones, Baton Rouge, La., for plaintiffs-appellants.

Roy A. Mongrue, Jr., Asst. Atty. Gen., Louisiana Dept. of Justice, Baton Rouge, La., for defendants-appellees.

---

1. 489 F.2d 567, 572 (5th Cir.1974).

2. 463 U.S. 825, 103 S.Ct. 3352, 77 L.Ed.2d 1049 (1983).

3. 811 F.2d 931 (5th Cir.1987).

4. *Compare Portland Feminist Women's Health Center v. Buhler*, 859 F.2d 681 (9th Cir.1988).

Before GEE, WILLIAMS, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

Good cause existed for setting aside the default in this case involving the welfare of small children, and the trial judge properly abstained from exercising jurisdiction in factual circumstances all but identical to those presented in *Moore v. Sims,* 442 U.S. 415, 99 S.Ct. 2371, 60 L.Ed.2d 994 (1979).

AFFIRMED.